TRIAL COURT OFFICIAL'S
REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): **12-15-00256-CV**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

Trial Court Style: **DAVID FRANKENS AND KATHRYN FRANKENS VS SANGER BANK,** 10/26/2015 2:35 PM

PAM ESTES
Clerk

**MANDY PULLEN, BENSON CONSTRUCTION, BENRICH INVESTMENT GROUP, LLC,**

**BENSON HOLDINGS, LLC, T.B.'S COUNTRY ESTATE LLC, MICHAEL BENSON, AND**

**BRADINA BENSON**

Trial Court & County: **217ᵀᴴ JUDICIAL DISTRICT COURT OF ANGELINA COUNTY, TX**

Trial Court No.: **CV-00502-15-07**

Date Trial Clerk's Record Originally Due: **10/26/2015**

Date Court Reporter's/Recorder's Record Originally Due:

Anticipated Number of Pages of Record: **200**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:   (Check all that apply - attach additional pages if necessary.)

 X   to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

      my duties listed below preclude working on this record

      Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by **11/2/2015** in which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

October 26, 2015 Date

/S/TARA JOHNSON
Signature

936-634-4312
Office Phone Number

Tara L. Johnson
Printed Name

tjohnson@angelinacounty.net
E-mail Address (if available)

Deputy District Clerk
Official Title

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:


Name: **RYAN WEBSTER**                    Name: **KRYSTAL RILEY**

Address: **400WEST OAK ST, STE 310**                    Address: **1616 S CHESTNUT**

    **DENTON, TX 76201**                    **LUFKIN, TX 75901**

Phone no.: **940-565-6565**                    Phone no.: **936-632-3381**

Attorney for: **SANGER BANK**                    Attorney for: **DAVID AND KATHRYN FRANKENS**